UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101

**ROBERT S. LASNIK**
DISTRICT JUDGE                                                               (206) 370-8810

October 31, 2018

Favian Valencia                               David W. Silke
Sunlight Law, PLLC                            Gordon Rees Scully Mansukhani, LLP
402 E. Yakima Avenue, Suite 730               701 5th Avenue, Suite 2100
Yakima, WA 98901                              Seattle, WA 98104

**Delivered Via CM/ECF**

    RE:    <u>Jesse Wesley v. CBS Radio Services, Inc., et al.</u>, C18-466-RSL
             Stipulated Motion for Entry of Protective Order

Dear Counsel:

On October 19, 2018, the Court received your proposed "Stipulated Protective Order." Dkt. #15.

Pursuant to Fed. R. Civ. P. 26(c), protective orders may be entered to protect confidential commercial information and/or to limit the scope of specific disclosures. Such protective orders may issue upon a showing of good cause.

Although parties may agree on confidentiality among themselves, when they request that the Court be involved, the proposed order must be narrowly drawn, identifying both the type of information that is to be protected and, if not obvious, the reason such protection is warranted. The order must also comply with the applicable federal and local procedural rules.

The agreed protective order submitted in this case is deficient in the following respects:

    The parties have not specified what documents and/or tangible things will constitute "Confidential material" in paragraph 2.

The agreed protective order received by the Court will remain lodged in the file, but will not be entered. The parties may resubmit a proposed order if they remedy the deficiency identified in this letter.

Sincerely,

Robert S. Lasnik
United States District Judge