UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE WESLEY,<br><br>               Plaintiff,<br><br>    v.<br><br>CBS RADIO,<br><br>               Defendant. | Case No. 2:18-CV-00466-RSL<br><br>ORDER ON PLAINTIFF'S MOTION TO WAIVE PHYSICAL OFFICE REQUIREMENT OF LOCAL COUNSEL FOR PRO HAC VICE |

This matter comes before the Court on plaintiff's "Motion to Waive Physical Office Requirement of Local Counsel for Admission Pro Hac Vice." Dkt. #12. Counsel who are not admitted to practice before the Court must submit an application to participate *pro hac vice* and must be represented by local counsel. *See* LCR 83.1(d); *see Washington v. Trump*, C17-0141JLR. As plaintiff's counsel, Favian Valencia, is a member of the Washington State Bar Association, she need not submit a *pro hac vice* application. However, Sunlight Law, PLLC cannot act as local counsel for the purposes of LCR 83.1(d).

For the foregoing reasons, plaintiff's motion is DENIED.

DATED this 20th day of November, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO WAIVE
PHYSICAL OFFICE REQUIREMENT - 1