HONORABLE JUDGE ROBERT S. LASNIK

Favian Valencia, WSBA #43802
Sunlight Law, PLLC
402 E. Yakima Ave., Ste. 730
Yakima, WA 98902
Telephone: (509)388-0231


GOLDIE A. DAVIDOFF, WSBA #53387
GORDON REES SCULLY MANSUKHANI
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
206-695-5135

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE WESLEY,<br><br>                Plaintiff,<br><br>  vs.<br><br>CBS RADIO SERVICES, INC., a foreign corporation, CBS RADIO STATIONS, INC., a foreign corporation, MICHAEL FASHANA and his community property, and CINDY JOHNSON and her community property,<br><br>                Defendant. | NO. 2:18-cv-00466-RSL<br><br>ORDER ON SECOND STIPULATED MOTION FOR EXTENSION OF DEADLINES |

**ORDER**

ORDER ON SECOND STIPULATED
MOTOIN TO EXTEND DEADLINES – PAGE 1
Case No. 2:18-CV-00466-RSL

**SUNLIGHT LAW, PLLC**
402 E. Yakima Ave Ste 730
Yakima, Washington 98901
(509)388-0231

AND NOW, upon consideration of the within Motion, it is hereby DECREED that the Motion is GRANTED. The scheduling order deadlines are scheduled as follows:

| Deadline | Current Date | New Deadline |
|---|---|---|
| Deadline for reports from expert witnesses under FRCP 26(a)(2) | 1/18/18 [Dkt. 21] | 2/15/19 [4 weeks from current deadline] |
| Deadline for rebuttal expert FRCP 26(a)(2)(D)(ii) [30 days after other party's disclosure] | 2/17/19 | 3/19/19 [30 days per rule] |
| Supplementing of expert witness reports under FRCP 26(e) [at the time the party's pre-trial disclosures are due] | 5/22/19 | 4/16/19 [4 weeks after rebuttal deadline] |
| Deadline for expert depositions | 3/15/19 [Discovery Cut-off, Dkt. 21] | 4/30/19 [6 weeks after rebuttal deadline] |

ORDER ON SECOND STIPULATED
MOTOIN TO EXTEND DEADLINES – PAGE 2
Case No.  2:18-CV-00466-RSL

**SUNLIGHT LAW, PLLC**
402 E. Yakima Ave Ste 730
Yakima, Washington 98901
(509)388-0231

It is so Ordered.

DATED this 16th day of January, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON SECOND STIPULATED
MOTOIN TO EXTEND DEADLINES – PAGE 3
Case No.  2:18-CV-00466-RSL

**SUNLIGHT LAW, PLLC**
402 E. Yakima Ave Ste 730
Yakima, Washington 98901
(509)388-0231