HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE WESLEY,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CBS RADIO SERVICES, INC., a foreign corporation, CBS RADIO STATIONS, INC., a foreign corporation, MICHAEL FASHANA and his community property, and CINDY JOHNSON and her community property,<br><br>　　　　　　　　Defendants. | NO.  2:18-cv-00466-RSL<br><br>NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER RELATING TO RULE 30(B)(6) DEPOSITION OF DEFENDANT CBS RADIO STATIONS, INC.<br><br>NOTE ON MOTION CALENDAR: FRIDAY, MARCH 8, 2019 |

Defendants CBS Radio Services, Inc., CBS Radio Stations, Inc., Michael Fashana, and Cindy Johnson ("Defendants"), through their undersigned counsel of record, Gordon Rees Scully Mansukhani, LLP, hereby provide this Court with Notice that the Plaintiff has failed to file a Response or Opposition to Defendants' Motion for Protective Order relating to Rule 30(b)(6) Deposition of Defendant CBS Radio Stations, Inc. Based on the arguments in the Motion, and Plaintiff's failure to file an Opposition thereto, Defendants' respectfully request that their Motion for Protective Order be granted.  See LCR 7(b)(2).

/ / /

REPLY IN SUPPORT OF DEFENDANTS' MOTION
FOR PROTECTIVE ORDER RELATING TO RULE
30(B)(6) DEPOSITION OF DEFENDANT CBS RADIO
STATIONS, INC. – 1
Cause No.  2:18-cv-00466-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1  Dated: March 8, 2019.

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ David W. Silke*
David W. Silke, WSBA #23761
Goldie A. Davidoff, WSBA #53387
Attorneys for Defendants
Gordon Rees Scully Mansukhani, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5115
Fax:    (206) 689-2822
Email: dsilke@grsm.com
Email: gdavidoff@grsm.com

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REPLY IN SUPPORT OF DEFENDANTS' MOTION
FOR PROTECTIVE ORDER RELATING TO RULE
30(B)(6) DEPOSITION OF DEFENDANT CBS RADIO
STATIONS, INC. – 2
Cause No. 2:18-cv-00466-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

I certify that on March 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM / ECF System which will send notification of such filing to the following:

Attorney for Plaintiff:

Favian Valencia, WSBA #43802
Sunlight Law, PLLC
402 E. Yakima Avenue, Suite 730
Yakima, WA  98901
Tel:  (800) 307-1261

☐ U.S. Mail Postage Prepaid
☒ ECF
☐ Email:  sunlightlawpllc@gmail.com
             favian@sunlightlaw.com

*/s/ Lynn Van Eyck*
Lynn Van Eyck, Legal Assistant
Email:  lvaneyck@grsm.com

REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER RELATING TO RULE 30(B)(6) DEPOSITION OF DEFENDANT CBS RADIO STATIONS, INC. – 3
Cause No.  2:18-cv-00466-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1164472/43753010v1