HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JESSE WESLEY,

    Plaintiff,

vs.

CBS RADIO SERVICES, INC., a foreign corporation; CBS RADIO STATIONS, INC., a foreign corporation; MICHAEL FASHANA and his community property, and CINDY JOHNSON and her community property,

    Defendants.

NO. 2:18-cv-00466-RSL

[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO SEAL EXHIBITS

This matter having come before the Court on Defendants' Ex Parte Motion to Seal Exhibits, and the Court having considered Defendants' Motion, and having determined that the Exhibits identified in Defendants' Motion to Seal Exhibits contain sensitive and confidential information, it is hereby ORDERED that Defendants' Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall seal Docket #27-1, Exhibit A (to the Declaration of David W. Silke in Support of Defendants' Opposition to Plaintiff's Motion for Leave to File Amended Complaint, electronically filed on February 4, 2019.

IT IS FURTHER ORDERED that the Clerk shall seal Docket 28 in its entirety,

ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO SEAL EXHIBITS -1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

EXHIBIT, *Wesley Transcript Exhibits 01-21*, electronically filed on February 5, 2019.

DATED this \_\_11th\_\_ day of ~~February~~ March, 2019.

_____
JUDGE ROBERT S. LASNIK

*Presented by:*

GORDON REES SCULLY MANSUKHANI LLP

BY: s/ *David W. Silke*
David W. Silke, WSBA # 23761
Goldie A. Davidoff, WSBA #53387
Attorneys for Defendants
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5112
Fax: (206) 689-2822
dsilke@grsm.com
gdavidoff@grsm.com

ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO SEAL EXHIBITS -2

GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822