HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE WESLEY,<br><br>                 Plaintiff,<br><br>vs.<br><br>CBS RADIO SERVICES, INC., a foreign corporation; CBS RADIO STATIONS, INC., a foreign corporation; MICHAEL FASHANA and his community property, and CINDY JOHNSON and her community property,<br><br>                 Defendants. | NO. 2:18-cv-00466-RSL<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER RELATING TO RULE 30(B)6 DEPOSITION OF DEFENDANT CBS RADIO STATIONS, INC. |

This matter having come before the Court on Defendants' Motion for Protective Order Relating to Rule 30(b)(6) Deposition of Defendant CBS Radio Stations, Inc. (the "Motion"), and the Court having considered Defendants' Motion, Plaintiff's Response to the Motion, Defendants' Reply in Support of the Motion, hereby ORDERS that Defendants' Motion is GRANTED.

DATED this 25th day of March, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR PROTECTIVE ORDER RELATING TO RULE 30(B)(6)
DEPOSITION OF DEFENDANT CBS RADIO STATIONS, INC. - 1
Cause No. 18-cv-00466-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

*Presented by:*

GORDON REES SCULLY MANSUKHANI, LLP

BY: *s/ David W. Silke*
David W. Silke, WSBA #23761
Goldie A. Davidoff, WSBA #53387
Attorneys for Defendants
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5112
Fax:     (206) 689-2822
dsilke@grsm.com
gdavidoff@grsm.com

ORDER GRANTING DEFENDANTS'
MOTION FOR PROTECTIVE ORDER RELATING TO RULE 30(B)(6)
DEPOSITION OF DEFENDANT CBS RADIO STATIONS, INC. - 1
Cause No. 18-cv-00466-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822