HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE WESLEY,<br><br>                    Plaintiff,<br><br>vs.<br><br>CBS RADIO SERVICES, INC., a foreign corporation, CBS RADIO STATIONS, INC., a foreign corporation, MICHAEL FASHANA and his community property, and CINDY JOHNSON and her community property,<br><br>                    Defendants. | NO. 2:18-cv-00466-RSL<br><br>**STIPULATED MOTION TO POSTONE TRIAL DATE AND EXTEND DEADLINES; ORDER** |

## STIPULATED MOTION

NOW COMES, the Parties Plaintiff Jesse Wesley and Defendants CBS Radio Services, Inc., CBS Radio Stations, Inc., Michael Fashana and Cindy Johnson, by and through their undersigned counsel of record, hereby submit this stipulated motion to postpone the trial date and extend the related pre-trial deadlines in this matter. This is the first request for extension of the trial date in this matter.

On January 18, 2019, Plaintiff filed a Motion for Leave to Amend Complaint. Dkt. 24. On March 18, 2019, Defendants filed a Motion for Summary Judgment, Dkt 42. As of the date of this motion, the Motion for Leave to Amend and Motion for Summary Judgment are still

STIPULATED MOTION TO
POSTONE TRIAL DATE AND EXTEND
DEADLINES; ORDER – PAGE 1
Cause No. 2:18-cv-00466-RSL

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

pending. Therefore, the claims and issues in this case are not yet settled. After meeting and conferring, the Parties agree a trial continuance is necessary and will promote judicial economy by allowing sufficient time for the Court to consider and rule on the pending motions before the Parties are required to expend substantial time and resources preparing for trial and filing pre-trial motions and briefs.

Therefore, the Parties respectfully request that the Court issue an Order postponing the trial date and extend the related pre-trial deadlines as follows:

| Deadline | Current Date [Dkt. 11] | Proposed Date |
|---|---|---|
| Motions in Limine[1] | May 6, 2019 | September 9, 2019 |
| Agreed Pretrial Order | May 22, 2019 | September 25, 2019 |
| Pretrial Conference | To Be Set by the Court | To Be Set by the Court |
| Trial Briefs and Exhibits | May 29, 2019 | October 2, 2019 |
| Trial | June 3, 2019 | October 7, 2019 |

Dated this 13th day of May 2019.

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *David W. Silke*
David W. Silke, WSBA No. 23761
Goldie A Davidoff, WSBA No. 53387
Attorneys for Defendants
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5112
gdavidoff@grsm.com

---

[1] The Parties have already filed motions in limine, Dkt. 54 and 55, but agree that they will withdraw their motions pursuant to LCR 7(l) without prejudice to refile in accordance with the new proposed trial date.

STIPULATED MOTION TO
POSTONE TRIAL DATE AND EXTEND
DEADLINES; ORDER – PAGE 2
Cause No. 2:18-cv-00466-RSL

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

Dated this 13th day of May 2019.

SUNLIGHT LAW, PLLC

By: *s/ Favian Valencia*
Favian Valencia, WSBA 43802
402 E. Yakima Avenue, Suite 730
Yakima, WA 98901
Phone (800) 307-1261
favian@sunlightlaw.com
*Attorneys for Plaintiff*

## ORDER

Based on the foregoing Stipulation, the Court hereby ORDERS that the current trial date of June 3 be postponed to October 7, 2019 and the remaining pre-trial deadlines be continued in accordance with this date.

DATED this 17th day of May, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO
POSTONE TRIAL DATE AND EXTEND
DEADLINES; ORDER – PAGE 3
Cause No. 2:18-cv-00466-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822