UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE WESLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>CBS RADIO SERVICES, INC. et al.,<br><br>        Defendants. | Case No. 2:18-CV-00466-RSL<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

    This matter comes before the Court on plaintiff Jesse Wesley's "Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment." Dkt. #44.

    Defendants filed a motion for summary judgment on March 18, 2019. Dkt. #42. Plaintiff's response was due on Monday, April 8, 2019. See LCR 7(d)(4). Plaintiff filed this motion for an extension on March 21, 2019. Dkt. #44. Defendants filed a response opposing the extension of time on March 27, 2019. Dkt. #46. Plaintiff did not file a reply. However, he did file a response to defendants' motion for summary judgment by the deadline on April 8, 2019. Dkt. #48. The Court accordingly DENIES plaintiff's motion as moot.

    DATED this 13th day of June, 2019.

                                                            /s/ Robert S. Lasnik
                                                           Robert S. Lasnik
                                                           United States District Judge